# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RAYSHAWN LEON TINNER,<br><br>   Defendant. | Case No. 2:22-cr-00178-CDS-NJK<br><br>**Order**<br><br>[Docket No. 78] |

   Pending before the Court is Defendant Rayshawn Leon Tinner's motion to dismiss counsel, Rachel Stewart. Docket No. 78.

   The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on October 3, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

   IT IS SO ORDERED.

   DATED: September 12, 2023

                                        _____
                                        Nancy J. Koppe
                                        United States Magistrate Judge