RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Rayshawn Tinner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RAYSHAWN TINNER,<br><br>　　　　　Defendants. | CASE NO: 2:22-cr-00178-CDS-NJK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Edward Veronda, Assistant United States Attorney, and Rayshawn Tinner, by and through his attorney, Rachael E. Stewart, that the Motion Hearing currently scheduled for October 3, 2023, at the hour of 10:00 a.m., be continued to October 5, 2023.

This stipulation is entered for the following reasons:

1. Defense Counsel for Mr. Tinner has an unavoidable conflict with the current setting on October 3, 2023.

2. Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance to October 5, 2023.

3. The additional time requested herein is not sought for purposes of delay.

      4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue the motion hearing in this case.

DATED this 22nd day of September, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Rachael E. Stewart* | */s/ Edward Veronda* |
| Rachael E. Stewart, Esq. | Edward Veronda, Esq. |
| Counsel for Rayshawn Tinner | Assistant United States Attorney |
| | Counsel for the United States of America |

## ORDER

IT IS SO ORDERED that the Hearing scheduled for October 3, 2023, at the hour of 10:00 a.m., is ADVANCED to October 2, 2023, at 11:00 a.m.

DATED:  September 26, 2023.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE