RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Rayshawn Tinner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYSHAWN TINNER,<br><br>Defendants. | CASE NO: 2:22-cr-00178-CDS-NJK<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS COUNSEL [ECF No. 79]**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Edward Veronda, Assistant United States Attorney, and Rayshawn Tinner, by and through his attorney, Rachael E. Stewart, that the Motion Hearing currently scheduled for October 2, 2023, at the hour of 11:00 a.m., be continued to October 5, 2023, or a date between October 9, 2023 through October 12, 2023.[1]

This stipulation is entered for the following reasons:

1. Defense Counsel for Mr. Tinner has an unavoidable conflict with the current setting on October 2, 2023. The parties previously filed a stipulation requesting October 5, 2023, based upon an understanding that the Court had availability on that date. The parties request a date during the period of October 9, 2023, through October 12, 2023.

---

[1] Defense Counsel has unavoidable conflicts on October 2, 2023, October 3, 2023, and October 18, 2023.

1

2. Defense Counsel has spoken with Assistant United States Attorney Edward Veronda, and the Government agrees to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue the motion hearing in this case.

DATED this 26th day of September, 2023

Respectfully submitted,

/s/ Rachael E. Stewart            /s/ Edward Veronda
Rachael E. Stewart, Esq.          Edward Veronda, Esq.
Counsel for Rayshawn Tinner       Assistant United States Attorney
                                  Counsel for the United States of America

### ORDER

IT IS SO ORDERED that the Hearing scheduled for October 2, 2023, at the hour of 10:00 a.m., be vacated and continued to 10:00 a.m. on October 5, 2023, in Courtroom 3C.

Dated: September 27, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2