UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff<br><br>v.<br><br>Rayshawn Leon Tinner,<br><br>           Defendant | Case No. 2:22-cr-00178-CDS-NJK-2<br><br>**Order Setting Hearing**<br><br>[ECF No. 155] |

Defendant Rayshawn Tinner submitted a letter to the court stating that he is not receiving credits for his time spent in the Nevada Southern Detention Center prior to placement with the Bureau of Prisons. ECF No. 155. To properly address this issue, the parties are ordered to appear on January 23, 2025, at 10:00 a.m. in LV Courtroom 6B.

Dated: January 10, 2025

_____
Cristina D. Silva
United States District Judge