# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff

v.

RAYSHAWN L. TINNER,

Defendant

Case No. 2:22-cr-00178-CDS-NJK

**Order Approving Stipulation to Extend Time to File Response**

[ECF No. 160]

Based on the stipulation and good cause appearing:

IT IS ORDERED that the FPD's deadline to decide if they will supplement this pro se filing is extended to February 20, 2026.

IT IS FURTHER ORDERED that the government's response deadline currently scheduled for Thursday, February 12, 2026, is extended to March 6, 2026.

Dated: February 5, 2026

_____
Cristina D. Silva
United States District Judge