**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

　　　　　Plaintiff

v.

RAYSHAWN L. TINNER,

　　　　　Defendant

Case No. 2:22-cr-00178-CDS-NJK

**Order Approving Parties'**
**Stipulation to Extend**
**Deadline to Supplement**

[ECF No. 164]

　　　Based on the stipulation and good cause appearing:

　　　IT IS ORDERED that the FPD's deadline to decide if they will supplement this pro se filing will be continued to March 20, 2026.

　　　IT IS FURTHER ORDERED that the government's response deadline currently scheduled for Friday, March 6, 2026, be vacated and continued to April 3, 2026.

　　　Dated: February 19, 2026

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE