**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00178-CDS-NJK |
| Plaintiff | **Order Approving Stipulation to Extend Time to File Response** |
| v. | |
| RAYSHAWN L. TINNER, | [ECF No. 172] |
| Defendant | |

Based on the parties' stipulation and good cause appearing:

IT IS ORDERED that the government's response deadline currently scheduled for Friday, April 3, 2026, is extended to May 11, 2026.

Dated: March 26, 2026

_____
HONORABLE CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE